UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) **2:24 CR 23** |
| v. | ) 18 U.S.C. § 922(a)(6) |
| | ) 18 U.S.C. § 924(a)(1)(A) |
| MALIK NAJE BRADLEY | ) |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNTS 1-24

On or about the following dates, in the Northern District of Indiana,

**MALIK NAJE BRADLEY,**

defendant herein, in connection with the acquisition of firearms from the following firearms dealers, who are licensed dealers of firearms within the meaning of provisions of Chapter 44 of Title 18, United States Code, knowingly made a false and fictitious statement to the following firearms dealers, which statement was intended and likely to deceive the following firearms dealers with respect to a fact material to the lawfulness of the sale of such firearms, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, on the following dates, to the effect that he was the actual purchaser of a firearm, whereas in truth and in fact, he well knew he was purchasing said firearm for another person;

1

All in violation of Title 18, United States Code, Section 922(a)(6).

| COUNT | DATE | FIREARMS DEALER |
|---|---|---|
| 1 | October 1, 2020 | DBG Firearms |
| 2 | April 14, 2021 | DBG Firearms |
| 3 | May 26, 2021 | Shoot Point Blank |
| 4 | June 1, 2021 | Copper Custom Armament |
| 5 | June 8, 2021 | Shoot Point Blank |
| 6 | June 9, 2021 | Copper Custom Armament |
| 7 | June 15, 2021 | Shoot Point Blank |
| 8 | June 30, 2021 | Westforth Sports |
| 9 | July 1, 2021 | Westforth Sports |
| 10 | July 10, 2021 | Shoot Point Blank |
| 11 | July 13, 2021 | Shoot Point Blank |
| 12 | July 16, 2021 | Sheepdog Armory |
| 13 | July 22 2021 | Blythe's Sport Shop |
| 14 | July 27, 2021 | Westforth Sports |
| 15 | August 6, 2021 | Blythe's Sport Shop |
| 16 | September 2, 2021 | Shoot Point Blank |
| 17 | September 17, 2021 | Copper Custom Armament |
| 18 | September 17, 2021 | Shoot Point Blank |
| 19 | September 18, 2021 | Copper Custom Armament |
| 20 | September 18, 2021 | Westforth Sports |
| 21 | September 20, 2021 | Shoot Point Blank |
| 22 | September 30, 2021 | Westforth Sports |
| 23 | January 21, 2022 | Shoot Point Blank |
| 24 | February 10, 2022 | Shoot Point Blank |

## THE GRAND JURY FURTHER CHARGES:

### COUNTS 25-48

On or about the following dates, in the Northern District of Indiana,

**MALIK NAJE BRADLEY**,

defendant herein, knowingly made a false statement and representation to the following firearms dealers, who are licensed dealers of firearms under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of said firearms dealers, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, to the effect that he was the actual purchaser of a firearm, whereas in truth and in fact, he well knew he was purchasing said firearm for another person;

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

| COUNT | DATE | FIREARMS DEALER |
|---|---|---|
| 25 | October 1, 2020 | DBG Firearms |
| 26 | April 14, 2021 | DBG Firearms |
| 27 | May 26, 2021 | Shoot Point Blank |
| 28 | June 1, 2021 | Copper Custom Armament |
| 29 | June 8, 2021 | Shoot Point Blank |
| 30 | June 9, 2021 | Copper Custom Armament |
| 31 | June 15, 2021 | Shoot Point Blank |

| | | |
|---|---|---|
| 32 | June 30, 2021 | Westforth Sports |
| 33 | July 1, 2021 | Westforth Sports |
| 34 | July 10, 2021 | Shoot Point Blank |
| 35 | July 13, 2021 | Shoot Point Blank |
| 36 | July 16, 2021 | Sheepdog Armory |
| 37 | July 22 2021 | Blythe's Sport Shop |
| 38 | July 27, 2021 | Westforth Sports |
| 39 | August 6, 2021 | Blythe's Sport Shop |
| 40 | September 2, 2021 | Shoot Point Blank |
| 41 | September 17, 2021 | Copper Custom Armament |
| 42 | September 17, 2021 | Shoot Point Blank |
| 43 | September 18, 2021 | Copper Custom Armament |
| 44 | September 18, 2021 | Westforth Sports |
| 45 | September 20, 2021 | Shoot Point Blank |
| 46 | September 30, 2021 | Westforth Sports |
| 47 | January 21, 2022 | Shoot Point Blank |
| 48 | February 10, 2022 | Shoot Point Blank |

4

## THE GRAND JURY FURTHER CHARGES:

### COUNTS 49-54

On or about the following dates, in the Northern District of Indiana,

### MALIK NAJE BRADLEY,

defendant herein, in connection with the acquisition of firearms from the following firearms dealers, who are licensed dealers of firearms within the meaning of provisions of Chapter 44 of Title 18, United States Code, knowingly made a false and fictitious statement to the following firearms dealers, which statement was intended and likely to deceive the following firearms dealers with respect to a fact material to the lawfulness of the sale of such firearms, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, on the following dates, to the effect that:

1) he was the actual purchaser of a firearm, whereas in truth and in fact, he well knew he was purchasing said firearm for another person; and

2) his current state of residence and address was 3123 West 79 Place, Merrillville, Indiana, whereas in truth and in fact, he knew that his current address was not 3123 West 79 Place, Merrillville, Indiana;

All in violation of Title 18, United States Code, Section 922(a)(6).

| COUNT | DATE | FIREARMS DEALER |
|---|---|---|
| 49 | March 12, 2022 | Blythe's Sport Shop |
| 50 | March 18, 2022 | Shoot Point Blank |
| 51 | March 29, 2022 | Shoot Point Blank |
| 52 | April 21, 2022 | Cabela's |
| 53 | April 25, 2022 | Cabela's |
| 54 | May 3, 2022 | Sheepdog Armory |

## THE GRAND JURY FURTHER CHARGES:

### COUNTS 55-60

On or about the following dates, in the Northern District of Indiana,

### MALIK NAJE BRADLEY,

defendant herein, knowingly made a false statement and representation to the following firearms dealers, who are licensed dealers of firearms under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of said firearms dealers, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, to the effect that:

1) he was the actual purchaser of a firearm, whereas in truth and in fact, he well knew he was purchasing said firearm for another person; and

2) his current state of residence and address was 3123 West 79 Place, Merrillville, Indiana, whereas in truth and in fact, he knew that his current address was not 3123 West 79 Place, Merrillville, Indiana;

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

| COUNT | DATE | FIREARMS DEALER |
|---|---|---|
| 55 | March 12, 2022 | Blythe's Sport Shop |
| 56 | March 18, 2022 | Shoot Point Blank |

7

| 57 | March 29, 2022 | Shoot Point Blank |
| 58 | April 21, 2022 | Cabela's |
| 59 | April 25, 2022 | Cabela's |
| 60 | May 3, 2022 | Sheepdog Armory |

A TRUE BILL:

*/s/Foreperson*
FOREPERSON

CLIFFORD D. JOHNSON
UNITED STATES ATTORNEY

By:  */s/ Patrick D. Grindlay*
Patrick D. Grindlay
Special Assistant United States Attorney