UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

UNITED STATES OF AMERICA

        Plaintiff,

v.                                    CASE NUMBER:   2:24CR00023 PPS

**MALIK NAJE BRADLEY**

        Defendant.

_____/

## DEFENDANT'S SENTENCING MEMORANDUM

The Defendant, Malik Naje Bradley, submits the following for the Court's consideration at the sentencing herein:

### I. The Sentencing Guidelines

The United States Probation Office has recommended, based on a Criminal History Category I, and a Total Offense Level of 17, that Mr. Bradley's sentencing guideline range should be 24 to 30 months. Neither party has objected to that calculation.

### II. Proposed Conditions of Supervision

The undersigned has reviewed the proposed conditions of supervision with Mr. Bradley. The Defendant has no objections to the proposed conditions of supervision.

### III. Sentencing Factors under 18 U.S.C. § 3553(a) for the Court's Consideration

A.  Family History

Malik Naje Bradley is twenty-six (26) years old. He was born in Chicago, Illinois. He was raised by his mother, Gina Bradley, and his father, Louis Bradley, in Merrillville, Indiana.

Mr. Bradley had a good childhood. His parents worked outside the home, which left Mr. Bradley and his siblings unsupervised at times.

Mr. Bradly's parents moved to Texas in early 2022. He initially planned to continue residing in Northwest Indiana but decided to relocate to Texas with his parents after being shot in April 2022.

Mr. Bradley is single and has no children. Mr. Bradley's family and friends remain supportive of him (Exhibit A).

B. <u>Offense Conduct</u>

Mr. Bradley has demonstrated clear and unequivocal acceptance of responsibility for his conduct related to this offense. He cooperated fully with the ATF when interviewed in September 2023, including making an uncounseled admission regarding his substance usage, which increased his base offense level by two (2) points.

C. <u>Education and Employment</u>

Mr. Bradley graduated from Merrillville High School in 2017. He became a certified welder upon completing the professional welder program at Tulsa Welding School & Technology Center in April 2025 (Exhibit B).

Mr. Bradly is currently employed at Igloo. He was previously employed at Club Demonstration Services as a sample purveyor at Costco. Mr. Bradley is actively seeking a welding position while continuing to work at Igloo.

By all accounts, Mr. Bradley is a hard worker and has continually sought full-time employment that would improve his financial situation.

### D. Physical and Mental Health

Mr. Bradley is in relatively good physical health, despite suffering from a gunshot wound to his left glute in April 2022.

Mr. Bradley has a history of mental health issues. While in high school, he began experiencing anxiety because he was being harassed and bullied daily. Mr. Bradley's mental health issues were treated with counseling and prescription medication. Unfortunately, during his senior year of high school, Mr. Bradley overdosed on his prescription medication and was hospitalized.

### E. Substance Abuse History

Mr. Bradley has a history of substance usage. He began using marijuana at age fourteen (14) and continued using marijuana weekly until his arrest for the instant offense. He began using alcohol at age sixteen (16) and only consumes alcohol on special occasions. Mr. Bradley has also experimented with prescription opiates and ecstasy in the past.

While on pretrial supervision, Mr. Bradley admitted to using oxycodone and Adderall in March 2025. He was referred to Beal Counseling Associates for a substance abuse evaluation and has been participating in monthly treatments. Mr. Bradley has had no additional positive tests.

### F. Pretrial Release and Plan for the Future

Mr. Bradley has been on pretrial release since August 5, 2024. Except for relapsing in March 2025, he has had no other issues while on pretrial release. As noted above, he has been employed and completed a welding program during this time period.

Mr. Bradley plans to continue pursuing his career as a welder. He wants to build a life in Texas away from the negative influences that he encountered in Northwest Indiana.

Mr. Bradley regrets that his choices have put him in this situation. He realizes that he needs to be more careful with who he associates with and needs to remain substance free in the future. Mr. Bradley plans to do everything in his power to continue to build a life that his family and friends can be proud of.

### IV. Defendant's Recommended Sentence

Under the circumstances of this case, a sentence of 2 years of probation with the first twelve (12) months on home detention is a reasonable and appropriate sentence under the factors enumerated in 18 U.S.C. § 3553.

If the Court believes a sentence of incarceration is appropriate, Mr. Bradley would request the following recommendations: 1) that he be incarcerated as close to Fulshear, Texas, as possible to allow for family visitation; 2) that he be given credit for any time already served; 3) that he be allowed to participate in a vocational training program and the prison industries program; 4) that he receive a substance abuse evaluation and be allowed to participate in RDAP; and 5) that he be allowed consideration for placement in the residential re-entry program.

*Date*:   November 25, 2025

        Respectfully submitted,

        Northern District of Indiana
        Federal Community Defenders, Inc.

        By:   s/ Peter L. Boyles
              Peter L. Boyles
              2929 Carlson Drive, Suite 101
              Hammond, Indiana 46323
              Phone: (219) 937-8020
              E-mail: Peter_Boyles@fd.org

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on November 25, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all parties of record.

                                                  s/ Peter L. Boyles