Gina Bradley

Tuesday, November 25, 2025

Dear Honorable Philip P. Simon, United States District Court Judge,

My name is Gina Bradley, and I am the mother of Malik N. Bradley. I am an Advanced Practice Nurse at MD Anderson Cancer Center in Houston, Texas. My role is that of a Nurse Practitioner. My son, Malik, was born on            . My husband, Louis Bradley, and I were and are proud parents. I feel I know Malik quite well. Since infancy, he has always been happy, active, and respectful to others.

Malik began school at an early age and had always been one of the younger students in his class. He was able to maintain his grades and graduate at the age of 17 from Merrillville High School in 2017. He has a love for basketball, football, baseball, wrestling, and boxing. His senior year of high school, he decided to pursue a career in the military. He studied and passed the ASVAB, and his scores allowed him to choose the Air Force. After doing so well on the test and training to pass the physical requirements, he was declined admission due to his remote history of asthma. This was very disappointing to him. He then attempted to get into the Navy, but he was turned down for the same reasons.

He moved on from this disappointing experience and continued to work various jobs and attended Ivy Tech to begin studying for a trade. My son has also volunteered his time and skills in assisting with the Merrillville Junior Pirates youth basketball program for about 6 years after he was eligible to participate in playing on a team. He has always had the support of his parents, close family, and friends. He has never been suspended from school due to fighting, disrespect for teachers, staff, or peers. He is energetic, self-motivated, and willing to learn new skills. People, in general, have always gravitated towards his charismatic personality. Malik had a childhood friend that began in the 7th grade, and they continued their close friendship throughout high school. He attended most of the homecoming celebrations, cotillions, and two proms (junior & senior) with the same young lady. They remain friends today.

**EXHIBIT A**

In recent years, he has relocated from Indiana to Texas and has enrolled and completed a welding course. He has been actively looking for a job within his field of study. He bought his own car by working in odd jobs and has shown he is attempting to get himself back on track. In his spare time, he enjoys fishing, gaming, and helping out around the house. He attends church with us on a periodic basis. Malik also assists a family friend with running their business on the weekends.

Despite Malik's participation in the crimes he is being charged with, he has shown remorse and gratitude for the way the judiciary system has handled his case. We are all grateful for the opportunity to have him at home over the past year and have continued hope for his future. He is maturing and participates in all the programs and appointments he has been recommended for.

I pray that this letter brings understanding to the man that Malik is growing to be. He will always have our support and the support of others to succeed. In this, we as his parents will continue to provide guidance and love. I have every expectation that he will continue to enhance his life and be a successful law-abiding citizen.

With respect and gratitude,

Gina Bradley

To the Honorable Judge Simon,

I am writing on behalf of Malik Bradley to share the significant positive changes he has made in his life over the past several months. I have had the opportunity to observe his growth and believe it is important for the Court to understand the progress he has worked hard to achieve.

Malik Bradley has taken major steps to improve his circumstances and create a stable, productive future. He made the intentional decision to relocate to a healthier environment where he could focus on his personal development. Since relocating he has enrolled in and successfully completed a continuing education program which he graduated from with pride and commitment. This accomplishment reflects not only his desire to move forward but also his willingness to invest in his long-term success.

In addition to his academic achievement, he is currently working and consistently demonstrating responsibility, reliability, and a strong work ethic. His dedication to maintaining steady employment shows that he is focused on building a stable and sustainable life.

He also has strong family ties and a solid support system made up of extended family members and close friends. They speak highly of his character and remain committed to encouraging him as he continues to make positive choices. This support has played a meaningful role in his progress and will continue to serve as a foundation for his continued success.

He has been intentional in every step he has taken over the past years. His actions show a sincere desire to grow, to learn, and to elevate his life to the next level. Based on my personal interactions with him and the changes he has made I believe he is on a strong path toward lasting stability and positive citizenship.

Thank you for taking the time to consider this information. I truly believe Malik Bradley is moving in the right direction and is committed to continuing his progress.

Respectfully submitted,

Sharon Parker-Ph.D. MSW LCAC LSW CADC
Family friend
The Healing Well

Honorable Philip P. Simon,
United States District Court Judge

My name is Yolanda D. Booker. I am a nurse at the University of Chicago Medical Center, where I meet and worked with Gina Bradley. Gina Bradley is the mother of Malik Naje Bradley. I have known Malik Naje Bradley from birth. I am the godmother of Malik Naje Bradley. Malik Naje Bradley has always been surrounded by God fearing people, and has been actively involved in his church. Malik Naje Bradley is and always has been respectful to adults and authority. When Malik Naje Bradley decided to better his life and move to Texas with his family, I personally picked him up and drove him to the airport. I have seen the dedication Malik Naje Bradley has shown to complete his welding program. I know Malik Naje Bradley is guilty of felony charges. Malik Naje Bradley is presently on the path to a better life, of giving back to his family and community. Thank you!

Yolanda D. Booker



# TULSA WELDING SCHOOL & TECHNOLOGY CENTER

HOUSTON, TEXAS

HAS CONFERRED UPON

## Malik Bradley

A DIPLOMA FOR THE PROGRAM OF

## Professional Welder

UPON COMPLETION OF ALL OF THE STUDIES, LABS AND ALL OTHER PROGRAM REQUIREMENTS AND WITH THE RECOMMENDATION OF THE FACULTY, THIS DIPLOMA HAS BEEN ISSUED ON THIS DAY,

### April 27, 2025

John Willis
Campus President

Todd Bryan
Registrar

**EXHIBIT B**